THOMAS E. WILLOUGHBY (TW-4452)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600



**07 CIV 7457**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MODINE MANUFACTURING COMPANY,   :

               Plaintiff,   :   Index No.

                          :

- Against -

                          :   **_Rule 7.1 Statement_**

EXPEDITORS INTERNATIONAL GmbH
(STR) and DELTA AIR LINES, INC.,   :

              Defendants.   :
------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                  SEE ATTACHED LIST

Dated: New York, New York
       August 21, 2007

                              HILL RIVKINS & HAYDEN
                              Attorneys for Plaintiff,

                      By:_____
                           Thomas E. Willoughby (TW4452)
                           45 Broadway, Suite 1500
                           New York, New York 10006
                           (212) 669-0600

Thermacore Korea Ltd.

Modine Korea, LLC

Electronics Cooling
Subsidiary of Modine Manufacturing Company

Mota S.A.

Modine Austra GmbH

Modine Europe GmbH

Radiadores Visconde Ltda.

Nikkei Heat Exchanger Co., Ltd.
Nippon Keikinzoku Co.

Modine Kirchentellinsfurt GmbH

Modine Europe GmbH

Constructions Mecaniques Mota S.A.

Modine Hungaria Kft.
Kraftfahrzeugtechnik GmbH

Modine Neuenkirchen GmbH

Modine Transferencia de Calor, SA de V

Modine Automobiltechnik GmbH

Modine Pontevico S.R.L.

Modine Thermal Systems – Shanghai

Nikkei Heat Exchanger Co., Ltd.

Modine Tübingen GmbH

Modine Montage GmbH

Thermacore Japan
Subsidiary of Modine Manufacturing Company