BADIAK & WILL, LLP
Attorneys for Defendant
Expeditors International GmbH
106 Third Street
Mineola, New York 11501
(516) 877-2225
Our Ref.: 07-T-003-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MODINE MANUFACTURING COMPANY.,                    **07 Civ. 7457 (HB)**

                                    Plaintiff,        **Rule 7.1 Statement**

        -against-

EXPEDITORS INTERNATIONAL GmbH and
 DELTA AIR LINES, INC.,

                                    Defendant.

------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO

EVALUATE    POSSIBLE    DISQUALIFICATION    OR    RECUSAL,    THE

UNDERSIGNED COUNSEL OF RECORD FOR DEFENDANT, EXPEDITORS

INTERNATIONAL GmbH, A PRIVATE (NON-GOVERNMENTAL) PARTY

CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS,

SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY

HELD.

NONE

DATE: October 10, 2007

_____
SIGNATURE OF ATTORNEY
JAMES P. KRAUZLIS (4972)

FORM SDNY-9