Francis A. Montbach (FAM9631)
MOUND COTTON WOLLAN & GREENGRASS
Attorneys for Defendant
Delta Air Lines, Inc.
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
email: fmontbach@moundcotton.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

MODINE MANUFACTURING COMPANY,

                Plaintiff,                07 CIV 7457 (HB)

   - against -                            **RULE 7.1**
                                              **DISCLOSURE**
EXPEDITORS INTERNATIONAL GmbH      **STATEMENT**
(STR) and DELTA AIR LINES, INC.,

                Defendants

-----------------------------------------------------------x

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant, Delta Air Lines, Inc., certifies that the following are corporate parents, subsidiaries or affiliates of that party:

                **SUBSIDIARIES OF DELTA AIR LINES, INC.**

<u>Name of Subsidiary</u>

ASA Holdings, Inc.

Comair Holdings, LLC

Comair, Inc.

Comair Services, Inc.

Crown Rooms, Inc.

DAL Global Services, LLC

Delta AirElite Business Jets, Inc.

DAL Moscow, Inc.

Delta Benefits Management, Inc.

Delta Connection Academy, Inc.

Delta Loyalty Management Services, LLC

Delta Technology, LLC

Epsilon Trading, LLC

Kappa Capital Management, LLC

Dated: New York, New York
       October 17, 2007

        MOUND, COTTON & WOLLAN & GREENGRASS
        Attorneys for Defendant,
        Delta Air Lines, Inc.

        By_____
          Francis A. Montbach (FAM9631)
          Office and P. O. Address
          One Battery Park Plaza
          New York, New York   10004
          (212) 804-4200
          fmontbach@moundcotton.com