RECEIVED
MAR 26 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

MOUND COTTON WOLLAN
COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200

FAX: (212) 344-8066

www.moundcotton.com

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FT. LAUDERDALE, FL

WRITER'S DIRECT DIAL
212-804-4229
lmontbach@moundcotton.com

March 26, 2008

VIA FAX

Re: Modine Manufacturing Company v.
Delta Air Lines, Inc.
07 Civ. 07457 (HB)
Our File: 103.275

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/08**

Honorable Harold Baer, Jr.
United States Courthouse
500 Pearl Street - Room 2230
New York, NY 10007

Dear Judge Baer:

We write as counsel for Delta Air Lines, Inc., one of the defendants in the captioned matter, and write, with the agreement of counsel for the plaintiff and co-defendant Expeditors International STR, to request an adjournment in the discovery cut-off date, which is currently March 28, 2008, as well as motion, pre-trial order and trial dates, of sixty days.

This request is necessitated as a result of difficulty encountered in arranging and scheduling the depositions of knowledgeable representatives. This scheduling has been complicated by the fact that one of the most knowledgeable witnesses is an employee of a non-party, the truck driver for Complete Transport. Complete Transport was hired by Expeditors to pick the involved shipment up from Delta in St. Louis and deliver it to Modine in Camdenton, Missouri. Depositions will have to be held in St. Louis. We are currently awaiting Expeditors' counsel's advices as to if and when the driver will be available.

Accordingly, as aforesaid, we respectfully request that the discovery cut-off date and other scheduled dates be adjourned for sixty days. We thank you for your consideration and look forward to your response to this joint request.

Respectfully Yours,

MOUND, COTTON, WOLLAN & GREENGRASS

By _____
Francis A. Montbach

FAM:mk
ccs.: (VIA FAX)
Thomas E. Willoughby, Esq.
Hill Rivkins & Hayden LLP
45 Broadway
New York, NY 10006

James P. Krauzlis, Esq.
Badiak & Will, LLP
106 Third Street
Mineola, NY 11501-4404

*[Handwritten note from judge:]* You're the last case in June — a trial month you chose + can't be changed. If you forego motions you can have discovery through May 15. If not your motions must be heard by that date. An extension of 45 days but I warn you if you can't reach make motions to + I can't go to trial them in time we go to the end of June in any event towards the end of June.

*[Signed:]* Harold Baer, Jr., U.S.D.J.
3/27/08

Endorsement:

    You are the last case in June - a trial month you chose and can't be changed.  If you forego motions you can have discovery through May 15 if not your motions must be here by that date that's an extension of 45 days but I warn you if you make motions and I can't reach them in time we go to trial in any e-vent towards the end of June.