THOMAS E. WILLOUGHBY
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

RECEIVED
MAY ⸱⸱ 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MODINE MANUFACTURING COMPANY,

        Plaintiff,

  - Against -

EXPEDITORS INTERNATIONAL GmbH
(STR) and DELTA AIR LINES, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No.
07 CIV 7457 (HB)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, that the above-entitled action having

been settled, that it be and the same hereby is dismissed with prejudice, but without cost to any

party subject to being re-opened within sixty (60) days after dismissal, should settlement funds

not be received.

Dated: May 19, 2008

*[handwritten annotation:] permitted to apply to*
*The clerk is instructed to close this case &*
*remove it from my docket.*

        HILL RIVKINS & HAYDEN LLP
        Attorneys for Plaintiff

        By: _____
        Thomas E. Willoughby
        45 Broadway, Suite 1500
        New York, New York 10006
        (212) 669-0600

1

BADIAK & WILL, LLP
Attorneys for Defendant,
Expeditors International of
Washington, Inc.

By:

James P. Krauzlis
106 Third Street
Mineola, New York 11501
(516) 877-2225
Your Ref: 07-T-003-JK, et al.

MOUND, COTTON & WOLLAN
& GREENGRASS
Attorneys for Defendant, Delta Air Lines, Inc.

By:

Francis A. Montbach
One Battery Park Plaza
New York, New York 10004
(212) 804-4200

SO ORDERED: 5/21/08

HAROLD BAER, JR.
United States District Judge

2